

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:    The Insurance Company of the State of Pennsylvania v.  Kevin Roberts and Exxon Mobil Corporation

Appellate case number:   01-15-00453-CV

Trial court case number:  2013-03033

Trial court:                    165th District Court of Harris County

Date motion filed:          8/29/16

Party filing motion:        Exxon Mobile Corporation

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Sherry Radack_____
                              ☐ Acting Individually ☒  Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings and Lloyd

Date:  February 2, 2017_____